FILED

MAR - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Judicial Watch, Inc.   )
                       )
                       )     CASE NUMBER 1:06CV00406
         Plaintiff     )
   vs                  )  Civil Action   JUDGE: Henry H. Kennedy
                       )
                       )     DECK TYPE: FOIA/Privacy Act
U.S. Department of Justice )
                       )     DATE STAMP: 03/6/2006
         Defendant     )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW
Address

Washington,   D.C.      22024
City          State     Zip Code

202-646-5172
Phone Number

3