IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-00406 (HHK) |

**DEFENDANT'S ANSWER**

Defendant, the United States Department of Justice, by and through its undersigned counsel, hereby answers plaintiff's Complaint in the captioned matter as follows:

<u>First Affirmative Defense</u>

Plaintiff's Complaint fails to state a claim upon which relief can be granted

<u>Second Affirmative Defense</u>

The Court lacks subject matter jurisdiction over plaintiff's Complaint because Defendant has not improperly withheld information within the meaning of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

<u>Third Affirmative Defense</u>

The FOIA request that is the subject of this lawsuit may implicate certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required or permitted.

<u>Fourth Affirmative Defense</u>

Defendant denies each and every allegation contained in the First Amended Complaint

except as hereinafter may be expressly admitted.

In response to the numbered paragraphs and sentences of the Complaint, defendant admits, denies, or otherwise responds as follows:

1. The allegations contained in this paragraph consist of conclusions of law to which no response by defendant is required. To the extent a response is deemed required, the allegations are denied.

2. The allegations contained in this paragraph consist of conclusions of law to which no response by defendant is required. To the extent a response is deemed required, the allegations are admitted.

3. Admitted.

4. Defendant admits the allegations contained in the first two sentences of this paragraph. The allegations contained in the third sentence of this paragraph are denied.

5. With respect to the allegations contained in the first sentence of this paragraph, defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation relating to the date on which plaintiff sent its FOIA request to defendant. Defendant admits that it received a FOIA request dated January 6, 2006, and that the request sought access to records identified in this paragraph. Defendant also admits that the request referred to a report that appeared in the online edition of the New York Times on December 15, 2006, and respectfully refers the Court to that report for a full and accurate description of its contents.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. The allegations contained in this paragraph constitute plaintiff's characterization of the legal requirements of FOIA, to which no response from defendant is required. To the extent a response is deemed required, defendant respectfully refers the Court to that statute for a full and accurate description of its contents.

13. The allegations contained in this paragraph constitute plaintiff's characterization of the legal requirements of FOIA, to which no response from defendant is required. To the extent a response is deemed required, defendant respectfully refers the Court to that statute for a full and accurate description of its contents.

14. The allegations contained in the first and third sentences of this paragraph are admitted. The allegations contained in the second sentence of this paragraph are denied

15. Denied.

16. The allegations contained in this paragraph consist of legal conclusions to which no response by defendant is required. To the extent a response is deemed required, the allegations are denied.

17. Defendant realleges paragraphs 1 through 16 as if fully stated herein.

18. The allegations contained in this paragraph consist of legal conclusions to which no response by defendant is required. To the extent a response is deemed required, the allegations are denied.

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays for a judgment dismissing the complaint with prejudice and for such further relief as the Court may deem just.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

KENNETH J. WAINSTEIN
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated: April 14, 2006.