**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 1:06CV00406 (HHK) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>**ENTRY OF APPEARANCE**</u>

    PLEASE TAKE NOTICE that Jason B. Aldrich of Judicial Watch, Inc. hereby enters his

appearance on behalf of Plaintiff in the above-captioned matter.


           Respectfully submitted,

           JUDICIAL WATCH, INC.


           <u>/s/ Jason B. Aldrich</u>
           D.C. Bar No. 495488
           Suite 500
           501 School Street, S.W.
           Washington, DC 20024
           (202) 646-5172

           Attorneys for Plaintiff