IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## SECOND STIPULATION AND PROPOSED ORDER

Plaintiff Judicial Watch, Inc., and Defendant U.S. Department of Justice, have completed the process outlined in the Stipulation filed with the Court on August 3, 2006, and have identified the documents that remain at issue in this Freedom of Information Act case. The parties hereby agree and stipulate that the parties shall file briefs on cross-motions for summary judgment in accordance with the following deadlines, unless otherwise altered by the Court:

1. Defendant's motion for summary judgment     January 26, 2007

2. Plaintiff's opposition to defendant's motion and cross-motion for summary judgment, if any     February 16, 2007

3. Defendant's opposition to plaintiff's cross-motion for summary judgment, as necessary, and reply to plaintiff's opposition     March 9, 2007

4. Plaintiff's reply to defendant's opposition to plaintiff's cross-motion, as necessary     March 30, 2007

- 2 -

| | |
|---|---|
| Dated: December 6, 2006 | Respectfully submitted, |

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

/s/__Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Divison
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

*Counsel for Defendants*

JUDICIAL WATCH, INC.

/s/ __Rupa Bhattacharyya for_____
JASON B. ALDRICH
D.C. Bar No. 495488
Suite 500
501 School Street, S.W.
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

*Counsel for Plaintiff*

SO ORDERED this __ day of _____, 2006.            _____
                                                    UNITED STATES DISTRICT JUDGE