IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.           ) | |
|                     Plaintiff,   ) | |
| v.           ) | Civil Action No. 06-0406 (HHK) |
| U.S. DEPARTMENT OF JUSTICE   ) | |
|                     Defendant.   ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits this unopposed motion for an extension of time in which to file its opposition to Defendant's Motion for Summary Judgment. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Plaintiff's Opposition to Defendant's Motion for Summary Judgment is currently due on or before Friday, February 16, 2007. Plaintiff has made some progress in preparing its opposition. However, Defendant's motion requires Plaintiff to analyze and respond to claims of exemption over 294 documents consisting of approximately 4760 pages. The documents in question are withheld under several privileges, including the deliberative process privilege, the attorney work product privilege, and the presidential communications privilege. In addition, many of the documents are being withheld pursuant to more than one of these three privileges. Responding to each of these claims will be a complicated and lengthy process. Therefore, in order to fully prepare an appropriate response, Plaintiff respectfully submits that it will need additional time. Specifically, Plaintiff requests that it be granted until Friday, March 2, 2007 to file its opposition.

Jason Aldrich Esq., counsel for Plaintiff has contacted counsel for Defendant, Rupa Bhattacharyya, Esq., concerning this motion. Ms. Bhattacharyya stated that her client consents to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff up to and including Friday, March 2, 2007 in which to file its Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
DC Bar No. 429716
Jason B. Aldrich, Esq.
DC Bar. No. 495488
Suite 725
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5160

Attorneys for Plaintiff

**LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

      On February 7, 2007, I contacted Rupa Bhattacharyya, Esq., counsel for Defendant, by telephone, to confer, and to inquire whether her client would consent to the relief requested herein. Ms. Bhattacharyya stated that her client consents to the requested relief.

                                                    /s/ Jason B. Aldrich