IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1643 (RWR) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that:

1.  Plaintiff's Motion is granted.

2.  Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed by Friday, March 2, 2007.

3.  Defendant's Reply shall be filed by Friday, March 23, 2007.

SO ORDERED:  _____
                          Hon. Henry H. Kennedy
                          United States District Judge

Date: