IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.         ) | |
| )| |
| Plaintiff,         ) | |
| )| |
| v.                                                 ) | Civil Action No. 06-0406 (HHK) |
| )| |
| U.S. DEPARTMENT OF JUSTICE  ) | |
| )| |
| Defendant.      ) | |
| _____)| |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully submits this second unopposed motion for an extension of time in which to file its opposition to Defendant's Motion for Summary Judgment. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

Pursuant to a previous motion for extension of time, Plaintiff's Opposition to Defendant's Motion for Summary Judgment is currently due on or before Friday, March 2, 2007. Plaintiff has made significant additional progress in preparing its opposition. However, as stated in Plaintiff's previous motion, Defendant's motion for summary judgment requires Plaintiff to analyze and respond to claims of exemption over 294 documents consisting of approximately 4760 pages. The documents in question are withheld under several privileges, including the deliberative process privilege, the attorney work product privilege, and the presidential communications privilege. In addition, many of the documents are being withheld pursuant to more than one of these three privileges. Responding to these claims is a complicated and lengthy process, and Plaintiff respectfully submits it requires an brief additional extension of three days to fully prepare an

appropriate response. Specifically, Plaintiff requests that it be granted until Wednesday, March 7, 2007 to file its opposition.

Jason Aldrich Esq., counsel for Plaintiff has contacted counsel for Defendant, Rupa Bhattacharyya, Esq., concerning this motion. Ms. Bhattacharyya stated that her client consents to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff up to and including Wednesday, March 7, 2007 in which to file its Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
DC Bar No. 429716
Jason B. Aldrich, Esq.
DC Bar. No. 495488
Suite 725
501 School Street, S.W.
Washington, D.C. 20024
(202) 646-5160

Attorneys for Plaintiff

## **LOCAL RULE 7.1(m) CERTIFICATE OF COUNSEL**

On March 1, 2007, I contacted Rupa Bhattacharyya, Esq., counsel for Defendant, by telephone, to confer, and to inquire whether her client would consent to the relief requested herein. Ms. Bhattacharyya stated that her client consents to the requested relief.

/s/ Jason B. Aldrich