IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>  )<br>         Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FEDERAL BUREAU OF  )<br>INVESTIGATION  )<br>  )<br>         Defendant.  )<br>_____) | Civil Action No. 04-1643 (RWR) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Second Unopposed Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that:

1. Plaintiff's Motion is granted.

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed by Wednesday, March 7, 2007.

3. Defendant's Reply shall be filed by Wednesday, March 28, 2007.

SO ORDERED:                                        _____
                                                                    Hon. Henry H. Kennedy
                                                                    United States District Judge

Date: