IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.    )<br>                             )<br>        Plaintiff,           )<br>                             )   C.A. No. 1:06CV00406 (HHK)<br>v.                           )<br>                             )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>                             )<br>        Defendant.        )<br>_____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

**ORDERED** that,

1.  Defendant's motion is denied.

SO ORDERED.

Dated: _____        _____
                              The Hon. Henry H. Kennedy, U.S.D.J.