IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO REPLY IN SUPPORT OF
ITS PENDING MOTION FOR SUMMARY JUDGMENT**

Defendant the Department of Justice ("DOJ") hereby seeks an extension of time through and including April 27, 2006, in which to submit its reply in support of its pending Motion for Summary Judgment. Counsel for plaintiff does not oppose the relief requested in this motion. As grounds for this motion, defendant states as follows:

1. Defendant's Motion for Summary Judgment was filed in this case arising under the Freedom of Information Act, 5 U.S.C. § 552, on January 26, 2007. Docket No. 9

2. Thereafter, after obtaining two unopposed motions for extension of time, see Docket Nos. 10, 11, plaintiff filed its opposition to defendant's motion on March 7, 2007. Docket No. 12.

3. Under the Court's orders, defendant's reply is currently due March 28, 2007.

4. Undersigned counsel for defendant is scheduled to be out of the country on personal leave for two weeks beginning March 24, 2007. Undersigned counsel will return to the office on April 9, 2007.

5.      Moreover, in the period since receiving plaintiff's opposition brief, undersigned counsel for defendants has been significantly engaged in other litigation matters, including preparing for an oral argument before the Honorable Richard J. Leon of this Court in the case of <u>McKesson v. Islamic Republic of Iran</u>, Civil No. 82-0220, scheduled for March 20, 2007, and preparing an answer in the case of <u>Electronic Frontier Foundation v. United States Department of Justice</u>, Civil No. 07-00403 (RMU), due March 26, 2007 (although, due to undersigned counsel's vacation, likely to be filed March 23, 2007).

6.      Defendant, accordingly, requires additional time in which to prepare its reply brief in this matter.

7.      On March 19, 2007, undersigned counsel spoke with counsel for plaintiff, Jason Aldrich, who indicated that he had no objection to the relief requested in this motion.

Wherefore, for the reasons stated herein, defendant respectfully requests that it be allowed through and including April 27, 2007, in which to file its reply brief in support of its pending Motion for Summary Judgment. A proposed Order is attached for the convenience of the Court.

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General, Civil Division
>
> JEFFREY A. TAYLOR
> United States Attorney
>
> JOSEPH H. HUNT
> Director, Federal Programs Branch
>
> ELIZABETH J. SHAPIRO
> Assistant Director, Federal Programs Branch

-3-

          ____/s/ Rupa Bhattacharyya_____
          RUPA BHATTACHARYYA (VA# 38877)
          Senior Trial Counsel
          Federal Programs Branch, Civil Division
          United States Department of Justice
          P.O. Box 883, 20 Massachusetts Ave., N.W.
          Washington, D.C.  20044
          Tel: (202) 514-3146
          Fax: (202) 318-7593
          Email: rupa.bhattacharyya@usdoj.gov

Dated:   March 19, 2007.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-00406 (HHK) |

### [PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Reply in Support of its Pending Motion for Summary Judgment, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including April 27, 2007, in which to file its reply brief in support of its pending Motion for Summary Judgment.

IT IS SO ORDERED, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE