# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00406 (HHK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## [PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for an Extension of Time in Which to Reply in Support of its Pending Motion for Summary Judgment, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is granted. Defendant shall have through and including April 27, 2007, in which to file its reply brief in support of its pending Motion for Summary Judgment.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE