IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:06CV00406 (HHK) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits this motion for leave to file a surreply to Defendant's motion for summary judgment. As grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

1.  At issue in this Freedom of Information Act ("FOIA") lawsuit is Defendant's claim that FOIA's Exemption 5 authorizes it to withhold 294 unclassified records, totaling approximately 4,760 pages, regarding the government's response to public revelation of the Terrorist Surveillance Program, a matter of obvious and substantial public interest. Defendant moved for summary judgment on January 26, 2007. Plaintiff filed its opposition on March 7, 2007. Defendant filed a reply on April 27, 2007.

2.  In its reply, Defendant makes several assertions that, in Plaintiff's view, mischaracterize and/or misconstrue the arguments raised by Plaintiff in its opposition. First, Defendant erroneously claims that Plaintiff failed to challenge many of Defendant's individual claims of exemption. *See*, *e.g.*, Defendant's Reply in Support of Motion for Summary Judgment

("Reply") at 3. Second, Defendant erroneously asserts that Plaintiff failed to take account of the allegedly detailed information provided in the declaration of Steven G. Bradbury. *See*, *e.g.*, Reply at 2. Third, Defendant erroneously asserts that Plaintiff misconstrues applicable law governing the assertion of the presidential communications privilege. *See*, *e.g.*, Reply at 2-3.

3. In addition, Defendant also attempts to submit new factual information in its reply brief to support its claims of exemption, including identifying litigation it claims purportedly justifies its claims of exemption under the attorney work-product doctrine. *See*, *e.g.*, Reply at 16 n.10.

4. In order to correct these erroneous characterizations and address Defendant's new factual information, Plaintiff respectfully requests leave to file the attached surreply.

WHEREFORE, Plaintiff respectfully requests that its motion for leave to file the attached surreply be granted.

Dated: May 31, 2007                                         Respectfully submitted,

                                                            JUDICIAL WATCH, INC.

                                                            _____/s/_____
                                                            Paul J. Orfanedes
                                                            D.C. Bar No. 429716
                                                            Jason B. Aldrich
                                                            D.C. Bar No. 495488
                                                            Suite 500
                                                            501 School Street, S.W.
                                                            Washington, DC 20024
                                                            (202) 646-5172

                                                            *Attorneys for Plaintiff*

**LOCAL RULE 7(m) CERTIFICATION OF COUNSEL**

      I hereby certify that on May 30, 2007, I contacted Rupa Bhattacharyya, counsel for Defendant U.S. Department of Justice in this action, to inquire whether her client would consent to or oppose the foregoing motion. Ms. Bhattacharyya advised me that her client opposes Plaintiff's motion.

                                                  /s/
                                     Paul J. Orfanedes