IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:06CV00406 (HHK) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to File Surreply, any opposition thereto, and the entire record herein, it is hereby ORDERED this ___ day of _____, 2007 that:

    1.    The motion is granted; and

    2.    Plaintiff's Surreply to Defendant's Motion for Summary Judgment shall be and hereby is deemed filed.

    SO ORDERED

Dated: _____            _____
                                                        The Hon. Henry H. Kennedy
                                                        U.S. District Judge