# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06-CV-00406 (HHK) |

## THIRD STIPULATION AND PROPOSED ORDER

Pursuant to the Court's Order of March 20, 2008, the parties have conferred regarding further proceedings in this case and hereby stipulate and agree as follows:

1. The parties anticipate making additional efforts to narrow the number of documents withheld by defendant that remain the subject of dispute in this case arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant expects to provide plaintiff with a draft of a revised Vaughn index for plaintiff's review by May 15, 2008, or as otherwise agreed to by the parties.

2. In order to allow the parties to engage in these discussions, the parties jointly propose the following briefing schedule for defendant's renewed motion for summary judgment, unless altered by order of the Court:

| | |
|---|---|
| Defendant's Second Motion for Summary Judgment | June 19, 2008 |
| Plaintiff's Opposition to Defendant's Motion and Cross-Motion for Summary Judgment, if any | July 18, 2008 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment, as necessary, and Reply to Plaintiff's Opposition | August 8, 2008 |
| Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Cross-Motion, as necessary | August 29, 2008 |

3. Should additional time be required in order for the parties to complete their discussions, the parties anticipate seeking the Court's approval to make appropriate adjustments to this proposed schedule.

DATED:    April 21, 2008                           Respectfully submitted,

JEFFREY S. BUCHOLTZ                                JUDICIAL WATCH, INC.
Acting Assistant Attorney General
Civil Division
                                                   __/s/ Jason B. Aldrich by RBhattacharyya__
JEFFREY A. TAYLOR                                  PAUL J. ORFANEDES
United States Attorney                             DC Bar No. 429716
                                                   JASON B. ALDRICH
JOSEPH H. HUNT                                     DC Bar No. 495488
Director, Federal Programs Branch                  Suite 500
                                                   501 School Street, S.W.
ELIZABETH J. SHAPIRO                               Washington, D.C.  20024
Assistant Director, Federal Programs Branch        Tel:    (202) 646-5172
                                                   Fax:    (202) 646-5199

__/s/ Rupa Bhattacharyya_____             *Counsel for Plaintiff*
RUPA BHATTACHARYYA (VA #38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

*Counsel for Defendant*


SO ORDERED, this _____ day of _____, 2008     _____
                                                   Henry H. Kennedy, Jr.
                                                   United States District Judge