IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 24
NANCY MAYER WHIT...
U.S. DIST...

JUDICIAL WATCH, INC., )
  )
  Plaintiff, )
  ) Case No. 1:06-CV-00406 (HHK)
  v. )
  )
U.S. DEPARTMENT OF JUSTICE, )
  )
  Defendant. )
_____ )

### THIRD STIPULATION AND ——— ORDER

Pursuant to the Court's Order of March 20, 2008, the parties have conferred regarding further proceedings in this case and hereby stipulate and agree as follows:

1. The parties anticipate making additional efforts to narrow the number of documents withheld by defendant that remain the subject of dispute in this case arising under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant expects to provide plaintiff with a draft of a revised Vaughn index for plaintiff's review by May 15, 2008, or as otherwise agreed to by the parties.

2. In order to allow the parties to engage in these discussions, the parties jointly propose the following briefing schedule for defendant's renewed motion for summary judgment, unless altered by order of the Court:

| | |
|---|---|
| Defendant's Second Motion for Summary Judgment | June 19, 2008 |
| Plaintiff's Opposition to Defendant's Motion and Cross-Motion for Summary Judgment, if any | July 18, 2008 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment, as necessary, and Reply to Plaintiff's Opposition | August 8, 2008 |
| Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Cross-Motion, as necessary | August 29, 2008 |

3.      Should additional time be required in order for the parties to complete their discussions, the parties anticipate seeking the Court's approval to make appropriate adjustments to this proposed schedule.

| | |
|---|---|
| DATED:   April 21, 2008 | Respectfully submitted, |
| | |
| JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br>Civil Division | JUDICIAL WATCH, INC. |
| | __/s/ Jason B. Aldrich by RBhattacharyya__ |
| JEFFREY A. TAYLOR<br>United States Attorney | PAUL J. ORFANEDES<br>DC Bar No. 429716<br>JASON B. ALDRICH |
| JOSEPH H. HUNT<br>Director, Federal Programs Branch | DC Bar No. 495488<br>Suite 500<br>501 School Street, S.W. |
| ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch | Washington, D.C.  20024<br>Tel:    (202) 646-5172<br>Fax:   (202) 646-5199 |
| | |
| __/s/ Rupa Bhattacharyya__<br>RUPA BHATTACHARYYA (VA #38877)<br>Senior Trial Counsel<br>Federal Programs Branch, Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. Box 883, 20 Massachusetts Ave., N.W.<br>Washington, D.C.  20044<br>Tel: (202) 514-3146<br>Fax: (202) 318-7593<br>Email: rupa.bhattacharyya@usdoj.gov | *Counsel for Plaintiff* |
| | |
| *Counsel for Defendant* | |

SO ORDERED, this 21st day of April, 2008

Henry H. Kennedy, Jr.
United States District Judge