IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO FILE A RENEWED MOTION FOR SUMMARY JUDGMENT
AND TO MODIFY BRIEFING SCHEDULE**

In accordance with the Third Stipulation of the parties filed April 21, 2008 (Docket No. 20), this Court entered a briefing schedule relating to the further proceedings in the referenced case on April 24, 2008 (Docket No. 21).  Under that schedule, defendant's renewed motion for summary judgment is currently due to be filed on June 19, 2008.  Defendant hereby seeks to continue the deadlines set in that Order for a period of eight weeks to allow the parties to continue their negotiations, which seek to narrow the set of documents as to which withholding remains contested in this case arising under the Freedom of Information Act, 5 U.S.C. § 552.  Plaintiff's counsel, Mr. Paul J. Orfanedes, has advised that he consents to the modified briefing schedule as proposed herein.  As grounds for this motion, defendant states as follows:

1.　　As described in the parties' Third Stipulation, the parties are making additional efforts to narrow the number of documents that remain at issue in this litigation.  In furtherance of that effort, defendant provided plaintiff a revised Vaughn index for plaintiff's review on May 16, 2008.

2.　　Plaintiff continues to review that index and the parties' discussions are ongoing.

3.	It is in the interests of all parties and the Court to allow these negotiations to continue so that the issues that remain for resolution by this Court on a renewed motion for summary judgment are narrowed by agreement of the parties.

4.	Defendant, accordingly, seeks an additional eight weeks in which to file a renewed motion for summary judgment, and proposes that the remainder of the briefing schedule be amended as follows:

| | |
|---|---|
| Defendant's Second Motion for Summary Judgment | August 14, 2008 |
| Plaintiff's Opposition to Defendant's Motion and Cross-Motion for Summary Judgment, if any | September 12, 2008 |
| Defendant's Opposition to Plaintiff's Cross-Motion For Summary Judgment, as necessary, and Reply to Plaintiff's Opposition | October 3, 2008 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion, as necessary. | October 24, 2008 |

5.	As indicated above, and as required by Local Rule, undersigned counsel for defendant has conferred with counsel for plaintiff, Mr. Paul J. Orfanedes, who has advised that plaintiff consents to the modification of the briefing schedule as set forth herein.

WHEREFORE, defendant respectfully requests that the Court modify the briefing schedule as described herein. A proposed order is attached for the convenience of the Court.

> Respectfully submitted,
>
> GREGORY G. KATSAS
> Acting Assistant Attorney General
> Civil Division
>
> JEFFREY A. TAYLOR
> United States Attorney
>
> JOSEPH H. HUNT
> Director, Federal Programs Branch

-3-

                                                          ELIZABETH J. SHAPIRO
                                                          Assistant Director, Federal Programs Branch

                                                          ____*/s/ Rupa Bhattacharyya*_____
                                                          RUPA BHATTACHARYYA (VA# 38877)
                                                          Senior Trial Counsel
                                                          Federal Programs Branch, Civil Division
                                                          United States Department of Justice
                                                          P.O. Box 883, 20 Massachusetts Ave., N.W.
                                                          Washington, D.C.  20044
                                                          Tel: (202) 514-3146
                                                          Fax: (202) 318-7593
Dated:   June 18, 2008.                          Email: rupa.bhattacharyya@usdoj.gov