IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Court, having considered Defendant's Unopposed Motion for an Extension of Time in Which to File a Renewed Motion for Summary Judgment and to Modify Briefing Schedule and finding it to be well-taken, hereby orders that Defendant's Motion is GRANTED. The briefing schedule in the above-captioned case is modified as follows:

| | |
|---|---|
| Defendant's Second Motion for Summary Judgment | August 14, 2008 |
| Plaintiff's Opposition to Defendant's Motion and Cross-Motion for Summary Judgment, if any | September 12, 2008 |
| Defendant's Opposition to Plaintiff's Cross-Motion For Summary Judgment, as necessary, and Reply to Plaintiff's Opposition | October 3, 2008 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion, as necessary. | October 24, 2008 |

IT IS SO ORDERED, this _____ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE