IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Caroline Lewis Wolverton hereby respectfully notifies the Court that she has replaced Rupa Bhattacharyya as counsel for the U.S. Department of Justice in the above-captioned case.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


*/s/ Caroline Lewis Wolverton*
_____
CAROLINE LEWIS WOLVERTON
D.C. Bar No. 496433
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.

Washington, D.C.  20044  
Tel: (202) 514-0265  
Fax: (202) 616-8202  
Email: caroline.lewis-wolverton@usdoj.gov

Dated:  August 12, 2008