IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-00406 (HHK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE A RENEWED MOTION FOR SUMMARY JUDGMENT
AND TO MODIFY BRIEFING SCHEDULE**

Defendant U.S. Department of Justice hereby respectfully requests a further extension of time in which to submit a renewed motion for summary judgment in this case that arises under the Freedom of Information Act, 5 U.S.C. § 552. Defendant requests the additional time so that the parties may continue their negotiations in effort to narrow the set of documents as to which withholding remains contested. Defendant's renewed motion for summary judgment is presently due August 14, 2008. Defendant respectfully requests that that deadline be extended to 30 days following the conclusion of Plaintiff's review of the draft Vaughn index that Defendant has provided it and the parties' negotiations concerning narrowing the set of documents at issue. In accordance with Local Rule 7(m), the undersigned counsel for Defendant has conferred with counsel for Plaintiff regarding this motion, and Plaintiff does not oppose the motion.

In support of this motion, Defendant states as follows:

1.  On March 20, 2008, the Court granted in part and denied in part Defendant's initial motion for summary judgment. In its Memorandum Opinion and Order, the Court directed the parties to submit "a joint proposed case management plan and briefing schedule to govern the

future proceedings in this case." (Docket No. 19.) On April 21, 2008, the parties submitted a Third Stipulation and Proposed Order in which they informed the Court that they anticipated endeavoring to narrow the number of withheld documents at issue, and proposed a briefing schedule. (Docket No. 20.) On April 24, 2008, the Court entered the proposed Order and briefing schedule, which provided for Defendant's renewed motion for summary judgment to be filed by June 19, 2008.

2. On May 16, 2008, Defendant provided a draft revised Vaughn index to Plaintiff. At the same time, Defendant provided Plaintiff with 61 additional documents that Defendant had determined could be released in whole or in part.

3. On June 18, 2008, Defendant moved for an extension of the deadline for its renewed motion for summary judgment and corresponding modification of the briefing schedule. (Docket No. 20). In support of the motion, which Plaintiff did not oppose, Defendant explained that Plaintiff continued to review the May 16 draft Vaughn index and that the parties continued to negotiate regarding which of the withheld documents remain at issue. On June 20, 2008, the Court entered a Minute Order granting the motion and extending the deadline for Defendant's renewed motion for summary judgment to August 14, 2008.

4. On July 15, 2008, Ms. Rupa Bhattacharyya, counsel for Defendant, contacted counsel for Plaintiff to inquire about the status of Plaintiff's review of the draft Vaughn index and to set a time to discuss moving forward in the case. Ms. Bhattacharyya reiterated that request on July 29, 2008.

5. August 1, 2008 was Ms. Bhattacharyya's last day at the Department of Justice. Plaintiff's counsel did not contact her regarding the draft Vaughn index and narrowing of the issues before then, although she had informed them as early as June that she would be leaving.

On August 11, 2008, undersigned counsel for Defendant was assigned to this case.

6. On August 12, 2008, undersigned counsel contacted counsel for Plaintiff regarding the status of its review of the draft Vaughn index and the instant motion for extension. Plaintiff's counsel indicated that Plaintiff has not completed its review of the draft Vaughn index but it anticipates doing so within the next week, and that it does not oppose the motion for extension. The parties agreed that they wish to complete their negotiations in effort to narrow the set of documents as to which withholding remains contested.

7. It is in the interests of the Court as well as the parties to allow these negotiations to continue so that the issues that remain for resolution by the Court on a renewed motion for summary judgment are narrowed by agreement of the parties.

8. Defendant, accordingly, seeks an extension of the time in which it must file a renewed motion for summary judgment such that the deadline for the motion is 30 days following conclusion of Plaintiff's review of the draft Vaughn index and the parties' negotiations concerning narrowing the set of documents at issue. Defendant proposes that the parties' negotiations will be considered concluded for these purposes either when the parties have reached agreement on which documents remain at issue or when one party informs the other that negotiations are no longer productive.

9. Defendant further proposes the following additional briefing deadlines: Plaintiff's opposition to Defendant's renewed motion for summary judgment and any cross-motion for summary judgment would be due within 30 days of Defendant's renewed motion. Defendant's reply in support of its renewed motion and opposition to any cross-motion would be due within 21 days of Plaintiff's opposition to Defendant's motion and any cross-motion. Plaintiff's reply to Defendant's opposition to cross-motion by Plaintiff, if any, will be due within 21 days of

Defendant's reply and opposition to cross-motion by Plaintiff.

WHEREFORE, Defendant respectfully requests that the Court modify the briefing schedule as described herein. A proposed order is attached for the convenience of the Court.

                        Respectfully submitted,

                        GREGORY G. KATSAS
                        Acting Assistant Attorney General
                        Civil Division

                        JEFFREY A. TAYLOR
                        United States Attorney

                        JOSEPH H. HUNT
                        Director, Federal Programs Branch

                        ELIZABETH J. SHAPIRO
                        Assistant Director, Federal Programs Branch


                        */s/ Caroline Lewis Wolverton*
                        _____
                        CAROLINE LEWIS WOLVERTON
                        D.C. Bar No. 496433
                        Trial Attorney
                        Federal Programs Branch, Civil Division
                        United States Department of Justice
                        P.O. Box 883, 20 Massachusetts Ave., N.W.
                        Washington, D.C. 20044
                        Tel: (202) 514-0265
                        Fax: (202) 616-8202
                        Email: caroline.lewis-wolverton@usdoj.gov

Dated: August 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-00406 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

The Court, having considered Defendant's Second Unopposed Motion for Extension of Time in Which to File a Renewed Motion for Summary Judgment and to Modify Briefing Schedule and finding it to be well-taken, hereby orders that Defendant's Motion is GRANTED. The briefing schedule in the above-captioned case is modified as follows.

Defendant's renewed motion for summary judgment will be filed 30 days following conclusion of Plaintiff's review of the draft Vaughn index provided by Defendant, which Plaintiff has indicated should be accomplished within the next week, and the parties' negotiations concerning narrowing the set of documents at issue. The parties' negotiations will be considered concluded for purposes of determining the deadline for Defendant's renewed motion either when the parties have reached agreement on which documents remain at issue or when one party informs the other that negotiations are no longer productive.

Plaintiff's opposition to Defendant's renewed motion for summary judgment and any

cross-motion for summary judgment will be due within 30 days of Defendant's renewed motion.

Defendant's reply in support of its renewed motion and opposition to any cross-motion will be due within 21 days of Plaintiff's opposition to defendant's renewed motion and any cross-motion.

Plaintiff's reply to Defendant's opposition to cross-motion by Plaintiff, if any, will be due within 21 days of Defendant's reply and opposition to cross-motion by Plaintiff.

IT IS SO ORDERED, this _____ day of August, 2008.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE