FILED

AUG 14 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,           )
                                )
    Plaintiff,                  )     Civil Action No. 06-00406 (HHK)
                                )
        v.                      )
                                )
U.S. DEPARTMENT OF JUSTICE,     )
                                )
    Defendant.                  )
_____)

## ORDER

The Court, having considered Defendant's Second Unopposed Motion for Extension of Time in Which to File a Renewed Motion for Summary Judgment and to Modify Briefing Schedule and finding it to be well-taken, hereby orders that Defendant's Motion is GRANTED. The briefing schedule in the above-captioned case is modified as follows.

Defendant's renewed motion for summary judgment will be filed 30 days following conclusion of Plaintiff's review of the draft Vaughn index provided by Defendant, which Plaintiff has indicated should be accomplished within the next week, and the parties' negotiations concerning narrowing the set of documents at issue. The parties' negotiations will be considered concluded for purposes of determining the deadline for Defendant's renewed motion either when the parties have reached agreement on which documents remain at issue or when one party informs the other that negotiations are no longer productive.

Plaintiff's opposition to Defendant's renewed motion for summary judgment and any

cross-motion for summary judgment will be due within 30 days of Defendant's renewed motion.

Defendant's reply in support of its renewed motion and opposition to any cross-motion will be due within 21 days of Plaintiff's opposition to defendant's renewed motion and any cross-motion.

Plaintiff's reply to Defendant's opposition to cross-motion by Plaintiff, if any, will be due within 21 days of Defendant's reply and opposition to cross-motion by Plaintiff.

IT IS SO ORDERED, this __14th__ day of August, 2008.

/s/ Henry Kennedy, Jr.
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE